**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 04-1098**

_____

REGINALD LEE,

Plaintiff - Appellee,

versus

DANTE HEMINGWAY,

Defendant - Appellant,

and

DETECTIVE GIGANO; NATE STEVENSON,

Defendants.

_____

**No. 04-1099**

_____

REGINALD LEE,

Plaintiff - Appellant,

versus

DETECTIVE GIGANO,

Defendant - Appellee,

and

DANTE HEMINGWAY; NATE STEVENSON,

Defendants.

Appeals from the United States District Court for the District of Maryland, at Baltimore.  William D. Quarles, Jr., District Judge. (CA-02-2843-WDQ)

Submitted:  May 26, 2004                    Decided:  July 16, 2004

Before WIDENER and TRAXLER, Circuit Judges, and HAMILTON, Senior Circuit Judge.

No. 04-1098, affirmed; No. 04-1099, dismissed by unpublished per curiam opinion.

Neal Marcellas Janey, Sr., THE JANEY LAW FIRM, P.C., Baltimore, Maryland, for Appellant/Cross-appellee.    Reginald Lee, Appellee/Cross-appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

In these consolidated cross-appeals, Reginald Lee and Dante Hemingway appeal the district court's denial of their motions for summary judgment in Lee's 42 U.S.C. § 1983 (2000) action. As to Hemingway's appeal, No. 04-1098, we have reviewed the record and find no reversible error. Accordingly, we affirm the denial of Hemingway's motion for summary judgment for the reasons stated by the district court. See Lee v. Hemingway, CA-02-2843-WDQ (D. Md. Dec. 16, 2003). We dismiss Lee's appeal, No. 04-1099, as interlocutory because the district court has not yet entered a final, appealable order as to all parties. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

No. 04-1098, AFFIRMED;
No. 04-1099, DISMISSED